UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN W. FERRELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　Defendant. | Case No. 10-cv-00777-RSM<br><br>ORDER OF DISMISSAL |

The Court, having reviewed plaintiff's complaint, respondent's answer, the Order to Show Cause dated August 18, 2010, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　This action is DISMISSED without prejudice.

(3)　The Clerk is directed to send copies of this Order to the parties and to the Honorable James P. Donohue.

DATED this 1 day of November 2010.

　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 1